AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MATTHEW C.,

*Plaintiff*

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   2:19-CV-00217-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 15, is DENIED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JOHN T. RODGERS   on motions for summary judgment.

Date:   8/25/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez